# EXHIBIT D

# DRG Dayus Register & Grille — SUBMITTAL DRAWING

## Bar Linear J-Bead Flange Grille

### DABLJ



- Fully extruded aluminum construction for a stylish built in look
- J-Bead recessed flange frame must be taped & plastered over
- Improved design allows for true flangless look and easier installation
- Fixed blades designed for long straight air throw
- Sections longer than 84" are joined together for continuous appearance with the aligning pins provided
- Available on 1/2" increments as standard
- Custom sizes available, Extra charge may apply
- Durable powder coat painted finish
- Available in White, Silver, Brown, Mill or Black
- Plaster finishing is the responsibility of the installer

**Not suitable for floor use**

**HOW TO ORDER**

DABLJ — 00 — TB   30 x 4   COLOR

| Blade | Mounting | Length & | White, Silver |
|---|---|---|---|
| -00,-01,-15 | A or TB | Height | Brown, Mill |
| -30,-82,-84 | | | or Black |





- Invisible lip design allows for a true frameless look and easier installation

**NEW**

DRG DURABLE ALUMINUM POWDERCOATED

| MODEL | DABLJ |
|---|---|
| FACE BLADES | Horizontal Fixed |
| REAR BLADES | n/a |
| DAMPER | n/a |
| MATERIAL | Aluminum |
| COLOR | White/Silver/Mill Brown/Black |

JOB NAME: _____
LOCATION: _____
ARCHITECT: _____
ENGINEER: _____
CONTRACTOR: _____

Phone: (519) 737-1199   Fax: (519) 737-1831
Email: mail@dayus.com   Web: www.dayus.com



**DRG Dayus Register & Grille**
5290 Pulleyblank St., RR#1 • Windsor, Ontario • N9A 6J3

Page S109

ver. 06/17

# DRG Dayus Register & Grille  SUBMITTAL DRAWING

## Bar Linear Blade Options

### -00-
0° 13/64" blades on ½" centers



### -01-
0° ¼" blades on ½" centers



### -15-
15° 13/64" blades on ½" centers



### -30-
30° 13/64" blades on ½" centers



### -82-
0° ⅛" blades on ½" centers



### -84-
0° ⅛" blades on ¼" centers



- Additional charges apply for the -84 core option

Phone: (519) 737-1199   Fax: (519) 737-1831
Email: mail@dayus.com   Web: www.dayus.com

**DRG Dayus Register & Grille**
5290 Pulleyblank St., RR#1 • Windsor, Ontario • N9A 6J3

# DRG::: Dayus Register & Grille  SUBMITTAL DRAWING

## Bar Linear Mounting Options

### -A
#### SCREWS

Color matched screws with countersunk screw holes.
Suitable for ceiling, wall or sill installation.



### -B
#### SPRING CLIPS

Clips behind the flange keep grille snug in opening and are not visible from the face. Only for floor and sill applications.
**NOT suitable for wall or ceiling use.**



### -C
#### CONCEALED BRACKETS

Grille gets fastened to duct-mounted brackets that are concealed behind the blades.
Suitable for ceiling, wall or sill installation.



### -D
#### SIDEWALL SCREW HOLES

Screw holes drilled at 45° on inner flange.
Only available with **–R Removable core.**
(Removable option not available for floor)
Suitable for ceiling, wall or sill installation.





These mounting options are not available with the J-bead frame

### -TB
#### NO MOUNTING OPTION

For custom applications.



Phone: (519) 737-1199    Fax: (519) 737-1831
Email: mail@dayus.com   Web: www.dayus.com

DRG::: Dayus Register & Grille
5290 Pulleyblank St., RR#1 • Windsor, Ontario • N9A 6J3

ver. 06/17