# EXHIBIT E

# DRG Dayus Register & Grille  SUBMITTAL DRAWING

## Bar Linear J-Bead Flange Removable Core Grille



**Not suitable for floor use**

# DABLRJ

- Fully extruded aluminum construction for a stylish built-in look
- J-Bead recessed flange frame must be taped & plastered over
- Removable core held in place with clips
- Fixed blades designed for long straight air throw
- Sections longer than 84" are joined together for continuous appearance with the aligning pins provided
- Available on 1/2" increments as standard
- Custom sizes available, but extra charge may apply
- Durable powder coat painted finish
- Available in White, Silver, Brown, Mill or Special*
- Plaster finishing is the responsibility of the installer

### HOW TO ORDER
DABLRJ – 00 – TB  30 x 4  COLOR

| Blade | Mounting | Length & | White, Silver |
|---|---|---|---|
| -00,-01,-15 | A or TB | Height | Brown, Mill |
| -30,-82,-84 | | | or Special* |



- New J-Bead flange frame design for a built-in look

TAPER DRYWALL AS REQUIRED


DRG DURABLE ALUMINUM POWDERCOATED

| MODEL | DABLRJ |
|---|---|
| FACE BLADES | Horizontal Fixed |
| REAR BLADES | n/a |
| DAMPER | n/a |
| MATERIAL | Aluminum |
| COLOR | White/Silver/Mill Brown/Special* |

JOB NAME: _____

LOCATION: _____

ARCHITECT: _____

ENGINEER: _____

CONTRACTOR: _____

**Phone:** (519) 737-1199  **Fax:** (519) 737-1831
**Email:** mail@dayus.com  **Web:** www.dayus.com

**DRG Dayus Register & Grille**
5290 Pulleyblank St., RR#1 • Windsor, Ontario • N9A 6J3

ver. 06/16

# DRG Dayus Register & Grille — SUBMITTAL DRAWING

## Bar Linear Blade Options

### -00-
0° ¹³/₆₄" blades on ½" centers



### -01-
0° ¼" blades on ½" centers



### -15-
15° ¹³/₆₄" blades on ½" centers



### -30-
30° ¹³/₆₄" blades on ½" centers



### -82-
0° ⅛" blades on ½" centers



### -84-
0° ⅛" blades on ¼" centers



- Additional charges apply for the -84 core option

Phone: (519) 737-1199   Fax: (519) 737-1831
Email: mail@dayus.com   Web: www.dayus.com

DRG Dayus Register & Grille
5290 Pulleyblank St., RR#1 • Windsor, Ontario • N9A 6J3

ver. 09/15

# DRG::: Dayus Register & Grille  SUBMITTAL DRAWING

## Bar Linear Mounting Options

### -A
#### SCREWS

Color matched screws with countersunk screw holes.
Suitable for ceiling, wall or sill installation.



### -B
#### SPRING CLIPS

Clips behind the flange keep grille snug in opening and are not visible from the face. Only for floor and sill applications.
**NOT suitable for wall or ceiling use.**



### -C
#### CONCEALED BRACKETS

Grille gets fastened to duct-mounted brackets that are concealed behind the blades.
Suitable for ceiling, wall or sill installation.



### -D
#### SIDEWALL SCREW HOLES

Screw holes drilled at 45° on inner flange.
Only available with **–R Removable core.**
(Removable option not available for floor)
Suitable for ceiling, wall or sill installation.





These mounting options are not available with the J-bead frame

### -TB
#### NO MOUNTING OPTION

For custom applications.





---

**Phone: (519) 737-1199   Fax: (519) 737-1831**
**Email: mail@dayus.com   Web: www.dayus.com**

**DRG::: Dayus Register & Grille**
5290 Pulleyblank St., RR#1 • Windsor, Ontario • N9A 6J3

ver. 09/15