**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                         :

INV HOLDINGS INC. and
ADVANCED ARCH GRILLEWORKS, INC.,     :

                         Civil Action No.
                         2:21-cv-02786-GRB-AYS

               Plaintiffs,      :

     v.                      :     NOTICE OF VOLUNTARY
                           :     DISMISSAL PURSUANT
DAYUS REGISTER & GRILLE INC.,       :     TO F.R.C.P. 41(a)(1)(A)(i)

                           :

              Defendant.    :
-------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

plaintiff(s) INV HOLDINGS INC. And ADVANCED ARCH GRILLEWORKS, INC., and/or

their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed,

without prejudice against the defendant(s) DAYUS REGISTER & GRILLE INC.

September 14, 2021                      Respectfully submitted,
                                      INV Holdings, Inc.
                                      Advanced Arch Grilleworks, Inc.
                                      By its Attorneys
                                      /PhilipMWeiss/
                                      Philip M. Weiss (PW 4505)

                                      Weiss & Weiss
                                      410 Jericho Tpke Suite 105
                                      Jericho, NY 11753
                                      516 739-1500
                                      hello@weissandweisspc.com